IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 SEP 15  PM 2: 52

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA, )
)
            Plaintiff, )
)
vs. )    03-20395 B ✓
)    No. 02-20289MIV
DAVID FRANKLIN, )
)
            Defendant. )

ORDER DENYING AS MOOT DEFENDANT'S MOTION FOR NEW COUNSEL

This cause came on for a hearing on Thursday, September 15, 2005, on defendant's *pro se* motion to dismiss his present appointed counsel, Daniel Johnson, and for appointment of new counsel. At the hearing, the defendant announced to the court that his concerns voiced in his written motion and letter had been resolved and that he desired Mr. Johnson to remain as his court-appointed counsel.

Accordingly, defendant's motion for new counsel is denied as moot.

IT IS SO ORDERED this 15th day of September, 2005.

_____
DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 9-16-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 86 in case 2:03-CR-20395 was distributed by fax, mail, or direct printing on September 16, 2005 to the parties listed.

Tony R. Arvin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Daniel L Johnson
JOHNSON COCKE & BRANDON
254 Court Ave.
Ste. 300
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT